**ORDERED SEALED BY COURT** ~~(struck through)~~

Unsealed 04-05-08

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN 17 AM 8:42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# 1507210

UNITED STATES OF AMERICA,

V.

ROLAND MONTEMAYOR et al.,

**WARRANT FOR ARREST**

Magistrate Case No.

**'08 MJ 1757**

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST: <u>ROLAND MONTEMAYOR, aka Rolo</u>**
                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a

__ Indictment __ Information _X_ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

The complaint charges defendant ROLAND MONTEMAYOR, aka Rolo, with conspiracy to distribute methamphetamine and aiding and abetting in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and Title 18, United States Code, Section 2.

SEALED by Order of
Magistrate Judge Leo S. Papas
Date ___JUN 4 2008___

RECEIVED
2008 JUN -4 A 11:13
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

<u>Honorable Leo S. Papas</u>            <u>United States Magistrate Judge</u>
Name of Issuing Officer                Title of Issuing Officer
                    Leo S. Papas
                    US Magistrate Ju...

_____      _____, 2008, San Diego, California
Signature of Issuing Officer          Date and Location

DATE ARRESTED BY STEVEN C. STAFFORD
ACTING U.S. MARSHAL S/CA
BY _____

(By) Deputy Clerk

Bail Fixed at $ **To be set in Court**        by ___**LEO S. PAPAS**___
                                              Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II J'            FBI            3559
                                      (Dist of Meth)